LENTON CONSTRUCTION CO., A CORPORATION OF NEW JERSEY, PLAINTIFF-APPELLANT, v. WILLIAM HILL AND AINA HILL, HIS WIFE, INDIVIDUALLY, AND AS CO-PARTNERS TRADING AS W. HILL CO., DEFENDANTS-RESPONDENTS.

Argued October 10, 1949—Decided October 17, 1949.

Mr. *Theodore Rabinowitz* argued the cause for the appellant (Mr. *Charles Rubenstein,* attorney. Mr. *Bernard S. Glick,* on the brief).

*Mr. L. Stanley Ford* argued the cause for the respondents (*Messrs. Ford & Taylor,* attorneys).

PER CURIAM. Judgment in this case was entered in the Superior Court, Law Division, on December 13, 1948. Upon appeal to the Appellate Division a unanimous judgment of affirmance was entered May 23, 1949. 4 *N. J. Super.* 66. Thereafter notice of appeal to this court was filed. The case is not one in which an appeal to this court as of right exists under article VI, section V, paragraph 1 of the Constitution of 1947 or under *Rule* 1:2–1, and the appeal is accordingly dismissed.

*For dismissal*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.